**Mathew B. TULLY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 2007–3004.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2006.

Mathew B. Tully, pro se.

*ORDER*

It has been determined that the underlying cause of this action is an USERRA action. Pursuant to statute 38 U.S.C. 4323(h)(1), the filing fee is waived in an USERRA action. As such,

IT IS ORDERED THAT:

(1) The order of dismissal issued November 1, 2006 is vacated, the mandate recalled, and the notice of appeal is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of filing of this order.

**Floyd B. MAIBIE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2006–3275.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2006.

**ORDER**

Order Vacated, See 2007 WL 930735.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.